UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL LAMONT YOUNG, and<br>AQEELA NGIESHA WILLIAMS,<br><br>Defendants. | CASE NO. 2:24-cr-00176-JNW<br><br>ORDER GRANTING STIPULATED<br>MOTION TO CONTINUE TRIAL |

The Court has considered the parties' stipulated motion to continue trial and the facts and circumstances described therein, which are hereby incorporated as findings of fact. The Court finds that:

1. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for defendant Aqeelah Ngiesha Williams the reasonable time necessary for effective trial preparation due to the defense's need for additional time to review the discovery, as set forth in 18 U.S.C. § 3161(7)(B)(iv);

**ORDER** GRANTING STIPULATED MOTION TO CONTINUE TRIAL - 1

2. A failure to grant a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(7)(B)(i);

3. The additional time requested is a reasonable period of delay and necessary given the parties' need to review discovery to prepare for trial;

4. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(7)(A); and

5. The period of delay from the date of this motion to the new trial date is excludable time under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the motion to continue trial, Dkt. No. 20, is GRANTED. The trial date in this matter shall be continued to May 27, 2025, with a pretrial conference on May 8, 2025, at 1:30 p.m. Pretrial motions shall be filed no later than April 22, 2025.

Dated this 5th day of December, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** GRANTING STIPULATED MOTION TO CONTINUE TRIAL - 2