The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

DARRYL L. YOUNG & AQEELAH N. WILLIAMS,

Defendants.

NO. CR24-00176-JNW

STIPULATED MOTION AND SCHEDULING ORDER

NOTE ON MOTION CALENDAR:

April 29, 2026

The Government, represented by Assistant United States Attorneys Yunah Chung and Sok Jiang, Darryl L. Young, by and through attorney Allyson Barker, and Aqeelah N. Williams, by and through attorney Nick Marchi, jointly move the Court to enter the following proposed scheduling order in the above-captioned case. Counsel for the parties conferred via email, and the parties approve of the proposed scheduling order.

| Event | Deadline |
| --- | --- |
| Defense disclosure of affirmative defenses | May 11, 2026 |
| Government's 404(b) notices | May 11, 2026 |

Scheduling Order - 1
*United States v. Young et al.* / CR24-00176-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline |
| --- | --- |
| Government expert disclosures | May 18, 2026 |
| Defense expert disclosures | May 18, 2026 |
| Pretrial motions filing date | May 25, 2026 |
| Government's exhibit list filing deadline | June 1, 2026 |
| Government's trial brief filing deadline | June 1, 2026 |
| Disclosure of government's witness list | June 1, 2026 |
| Responses to pretrial motions | June 8, 2026 |
| Motions in limine filing date | June 8, 2026 |
| Stipulated proposed jury instructions | June 12, 2026 |
| Replies to pretrial motions | June 15, 2026 |
| Motions in limine response date | June 15, 2026 |
| Government's supplemental proposed jury instructions | June 15, 2026 |
| Defense exhibit list filing deadline | June 26, 2026 |
| Defense trial brief filing date | June 26, 2026 |
| Disclosure of defense witness list | June 26, 2026 |
| Defense's supplemental proposed jury instructions | June 26, 2026 |
| Pretrial conference | June 29, 2026 |
| Trial | July 7, 2026 |

Scheduling Order - 2
*United States v. Young et al.* / CR24-00176-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 29th day of April, 2026,

Respectfully submitted,


*/s/ Yunah Chung*
YUNAH CHUNG
SOK TEA JIANG
Assistant United States Attorneys

*I certify that this filing contains 208 words, in compliance with the Local Criminal Rules.*

Respectfully submitted,


*/s/ Allyson L. Barker*
ALLYSON L. BARKER
Attorney for Darryl L. Young


*/s/ Nicholas Marchi*
NICHOLAS MARCHI
Attorney for Aqeelah N. Williams

Scheduling Order - 3
*United States v. Young et al.* / CR24-00176-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court hereby grants the government's motion for scheduling order. The parties are ordered to observe the scheduling order set forth above.

IT IS SO ORDERED.

DATED: 30th April, 2026.

JAMAL N. WHITEHEAD
United States District Court Judge

Presented by:

*/s/ Yunah Chung*
YUNAH CHUNG
SOK TEA JIANG
Assistant United States Attorneys

*/s/ Allyson L. Barker*
ALLYSON L. BARKER
Attorney for Darryl L. Young

*/s/ Nicholas Marchi*
NICHOLAS MARCHI
Attorney for Aqeelah N. Williams

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970