UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL LAMONT YOUNG, and<br>AQEELA NGIESHA WILLIAMS,<br><br>Defendants. | CASE NO. 2:24-cr-00176-JNW<br><br>SCHEDULING ORDER |

The Court revises the scheduling order at Dkt. No. 122 as follows:

| Event | Deadline |
|---|---|
| Defense disclosure of affirmative defenses | Passed |
| Government's 404(b) notices | Passed |
| Government expert disclosures | Passed |
| Defense expert disclosures | Passed |
| Pretrial motions filing date | Passed |
| Government's exhibit list filing deadline | June 15, 2026 |
| Government's trial brief filing deadline | June 15, 2026 |

**SCHEDULING** ORDER - 1

| | |
|---|---|
| Disclosure of government's witness list | June 15, 2026 |
| Responses to pretrial motions | June 15, 2026 |
| Stipulated proposed jury instructions | June 19, 2026 |
| Replies to pretrial motions | June 22, 2026 |
| Motions in limine response date | June 22, 2026 |
| Government's supplemental proposed jury instructions | June 22, 2026 |
| Defense exhibit list filing deadline | June 22, 2026 |
| Defense trial brief filing date | June 22, 2026 |
| Disclosure of defense witness list | June 22. 2026 |
| Defense's supplemental proposed jury instructions | June 22, 2026 |
| Pretrial conference | June 23, 2026 |
| Trial | July 7, 2026 |

Dated this 12th day of June, 2026.

Jamal N. Whitehead
United States District Judge

SCHEDULING ORDER - 2