UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00176-JNW |
| Plaintiff, | |
| v. | ORDER GRANTING IN PART DEFENDANT AQEELAH NGIESHA WILLIAMS'S OBJECTION TO SUMMARY CHART EXHIBITS |
| DARRYL LAMONT YOUNG and AQEELAH NGIESHA WILLIAMS, | |
| Defendants. | |

Defendant Aqeelah Ngiesha Williams opposes the Government's request to admit summary chart exhibits under Federal Rule of Evidence 1006. Dkt. Nos. 203, 204. During a hearing on a separate motion today, the Court heard from the parties on this issue. This order grants Williams's objection to Exhibits 211 through 217 and reserves ruling on Exhibits 200 through 204.

Rule 1006 allows the proponent of evidence to use "a summary, chart, or calculation offered to prove the content of voluminous admissible writings, recordings, or photographs that cannot be conveniently examined in court." Fed. R. Evid. 1006(a). The Ninth Circuit has explained:

ORDER GRANTING IN PART DEFENDANT AQEELAH NGIESHA WILLIAMS'S OBJECTION TO SUMMARY CHART EXHIBITS - 1

> Charts and summaries as evidence are governed by Federal Rule of Evidence 1006. In contrast, charts or summaries of testimony or documents already admitted into evidence are merely pedagogical devices, and are not evidence themselves. However, we have not articulated a bright-line rule against admission of summary charts as evidence. Although we do not approve of receiving summary exhibits of material already in evidence, we have not reversed for that reason. We have also elsewhere recognized a district court's discretion under Federal Rule of Evidence 611(a) to admit summary exhibits for the purpose of assisting the jury in evaluating voluminous evidence.

*United States v. Anekwu*, 695 F.3d 967, 981–82 (9th Cir. 2012) (citation modified).

The Rules now address that second category directly, as new Rule 107 governs illustrative aids. A court "may allow a party to present an illustrative aid to help the trier of fact understand the evidence or argument if the aid's utility in assisting comprehension is not substantially outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, or wasting time." Fed. R. Evid. 107(a). Unlike a Rule 1006 summary, an illustrative aid "is not evidence and must not be provided to the jury during deliberations" unless the parties consent or "the court, for good cause, orders otherwise." Fed. R. Evid. 107(b). "A summary, chart, or calculation that functions only as an illustrative aid is governed by Rule 107." Fed. R. Evid. 1006(c).

Exhibits 211 through 217 are summary charts of the phone calls placed during the alleged fraud scheme. Each chart is organized by call recipient and references a collection of call clips, ranging from one to ten minutes long, totaling about 30 minutes per call recipient. For example, Exhibit 214.11 compiles clips adding up to about thirty minutes. *See, e.g.*, Exs. 13.2a (4:21 minutes), 14.2a (4:53 minutes), 20.1a (9:16 minutes), 22.1a (5:51 minutes), 23.1a (4:53 minutes)).

ORDER GRANTING IN PART DEFENDANT AQEELAH NGIESHA WILLIAMS'S OBJECTION TO SUMMARY CHART EXHIBITS - 2

Recordings of that length can be conveniently examined in court, so the materials underlying each chart are not voluminous within the meaning of Rule 1006. It may be beneficial to the jury to understand the sequences of events, but that is not the purpose of Rule 1006. Exhibits 211 through 217 are thus inadmissible as summaries under Rule 1006.

The Court will, however, allow the Government to offer the exhibits as illustrative aids under Rule 107 to help the jury understand the evidence, but the summaries will not be allowed as substantive evidence going back to the jury room.

Williams also objects that Exhibits 200 through 204 employ argumentative labels, such as "victim" and "unauthorized." At the hearing, the parties agreed to meet and confer to craft revised, neutral titles for those exhibits, and counsel represented that doing so would resolve Williams's objection. The Court accordingly reserves ruling on Exhibits 200 through 204 pending the parties' meet-and-confer.

Dated this 6th day of July, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING IN PART DEFENDANT AQEELAH NGIESHA WILLIAMS'S OBJECTION TO SUMMARY CHART EXHIBITS - 3