The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DARRYL LAMONT YOUNG and AQEELAH NGIEHSA WILLIAMS,<br>Defendants. | NO. CR24-176 JNW<br><br>ORDER GRANTING MOTION TO SEAL AND REDACT ADMITTED TRIAL EXHIBITS |

This matter comes before the Court on the government's unopposed motion to seal and redact admitted trial exhibits. Having considered the motion, and the entirety of the records and files in this matter, the Court finds good cause to maintain the following trial exhibits under seal: 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 146, 147, 148, 149, 150, 151, 163, 164, 165, 166, 178, 179, 180, 183, 184.2, 185, 186, 187, 188, 189, 191, 205.

In addition, redacted versions of the following exhibits shall be available on the public docket: 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 146, 147, 148, 149, 150, 151, 163, 164, 165, 166, 178, 179, 180, 183, 184.2, 185, 186, 187, 188, 189, 191, 200, 201, 202, 203, 204, 205.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the Court GRANTS the government's Unopposed Motion to Seal and Redact Admitted Trial Exhibits.

DATED this 22nd day of July, 2026.

HON. JAMAL N. WHITEHEAD
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970