UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AQEELAH N. WILLIAMS,<br>Defendants. | Case No. CR24-176-JNW<br>ORDER |

This matter having come before the Court on the defendant's Unopposed Motion for Extension of Time to File Post-Trial Motions (ECF No. 234) the Court having reviewed the files herein NOW AND THERFORE:

The Motion is GRANTED; any post-trial motions are due August 24, 2026. Any responses and or replies will be filed pursuant to local criminal rule.

Done this 10th day of August, 2026.

Jamal N. Whitehead
United States District Judge

Presented by:

*s/Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant