UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AQEELAH NGIESHA WILLIAMS,<br><br>Defendant | Case No. 2:24-CR-00176-JNW-2<br><br>ORDER GRANTING MOTION TO CONTINUE SENTENCING DATE<br><br>~~(Proposed)~~ |

This matter having come on upon Defendant's Motion to Continue Sentencing Date (ECF 243) and the government having no opposition to the request as stated herein and having reviewed the reasons stated herein, the motion should be granted, now and therefore it is hereby:

ORDERED that the Sentencing Hearing shall be set for January 14, 2027, at 10:30am.

Done this 19th day of October, 2026.

JAMAL N. WHITEHEAD
United States District Judge

Presented by:

*s/Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant